■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEOVARDO RODAS, Appellant. [994 NYS2d 865]—Appeal by the de-

fendant from a judgment of the Supreme Court, Queens County (Zayas, J.), rendered February 26, 2013, convicting him of criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]). Counsel has informed this Court that the defendant has not authorized counsel to raise any issue related to whether the Supreme Court properly advised him of the deportation consequences of his guilty plea (*see People v Peque*, 22 NY3d 168 [2013]). Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *People v Richardson*, 120 AD3d 719 [2014]; *People v Cardwell*, 98 AD3d 986 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Leventhal, Hinds-Radix, Duffy and LaSalle, JJ., concur.